## John Sullivan and Margaret Sullivan, Appellees, v. Catholic Order of Foresters, Appellant.

### Gen. No. 21,360.   (Not to be reported in full.)

Appeal from the Superior Court of Cook county; the Hon. CLINTON F. IRWIN, Judge, presiding. Heard in the Branch Appellate Court at the March term, 1915. Affirmed. Opinion filed October 18, 1916. Rehearing denied October 30, 1916.

## Statement of the Case.

Action by John Sullivan and Margaret Sullivan, plaintiffs, against the Catholic Order of Foresters, defendant, on a benefit certificate issued by the defendant insuring the life of the plaintiffs' son. From a judgment for plaintiffs, defendant appeals.

EDMUND S. CUMMINGS, for appellant.

QUIN O'BRIEN, for appellees; MUNSON T. CASE, of counsel.

MR. PRESIDING JUSTICE O'CONNOR delivered the opinion of the court.

## Abstract of the Decision.

1. INSURANCE—*when evidence sufficient to show erroneous recording of true answer by examining physician.* In an action on a benefit certificate issued by a fraternal insurance society, where the defense was that a warranted answer to a question in the application, as to whether the insured had within a certain time sought medical advice, was false, and it was contended by the plaintiffs that the applicant had given a true answer but that the defendant's examining physician had erroneously recorded it, *held* that the court could not say that a judgment for the plaintiffs was manifestly against the weight of the evidence.

2. INSURANCE, § 761*—*when error of examining physician in recording true answer will not defeat recovery.* In an action on a benefit certificate issued by a fraternal insurance society where the defense was that a warranted answer to a question in the application, as to whether the insured had within a certain time sought medical advice, was false, *held* that if the question had been truthfully answered but the defendant's examining physician had made a mistake in writing it down, a recovery on the certificate would not thereby be defeated.